FILED BY _____ D.C.

**Feb 25, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# 21-20109-CR-KING/BECERRA

## CASE NO. _____

18 U.S.C. § 371
18 U.S.C. § 2339B(a)(1)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 981(a)(1)(G)

UNITED STATES OF AMERICA

v.

JIHAD MOHAMMED ALI,
    a/k/a, "Abu Dujanah,"

             Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATIONS

At all times material to this Information:

### ISIS

1.      On or about October 15, 2004, the United States Secretary of State designated Al-Qaeda in Iraq (AQI), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization (FTO) Under Section 219 of the Immigration and Nationality Act and Specifically Designated Global Terrorist under section 1(b) of Executive Order 13224.

2.      On or about May 15, 2015, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the Immigration and Nationality Act and Specifically Designated Global Terrorist under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant (ISIL) as its primary name.  The Secretary also added the following aliases to the

FTO listing: The Islamic State of Iraq and al'Sham (ISIS), The Islamic State of Iraq and Syria (ISIS), ad-Dawla al'Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production.

3.      On September 21, 2015, the Secretary added the following aliases to the FTO listing: Islamic State, ISIL, and ISIS.  To date, ISIS remains a designated FTO.

<u>Terms in this Information</u>

4.      As used in this Information, and also as used by radical Islamist militants, including ISIS, the Arabic term "jihad" refers to violent jihad, which is the use of physical violence, including murder, kidnapping, and maiming, to bring about the downfall of governments that are perceived as opposed to a radical version of Islam and the imposition of Sharia or strict Islamic law as the exclusive basis for civil order.

5.      As used in this Information, and also as used by radical Islamist militants, including ISIS, the Arabic term "mujahid" or "mujahideen" refers to individuals engaged in violent jihad, including fighters in terrorist groups like ISIS.

**<u>COUNT 1</u>**
**Conspiring to Provide Material Support to a**
**Foreign Terrorist Organization**
**(18 U.S.C. §§ 371 & 2339B(a)(1))**

1.      The General Allegations section of this Indictment is re-alleged and incorporated herein by reference.

2.      Beginning in or around March 2015, and continuing through on or about March 17, 2019, at places outside the United States, namely, Trinidad and Tobago, Turkey, and Syria, with Miami-Dade County, in the Southern District of Florida, being the district where a defendant was first brought, the defendant,

**JIHAD MOHAMMED ALI,**

a/k/a, "Abu Dujanah,"

did knowingly combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b)(1), including but not limited to personnel, to a Foreign Terrorist Organization, that is, The Islamic State of Iraq and Syria (ISIS), knowing that ISIS has engaged and engages in terrorist activity, as defined in Title 8, United States Code, Section 1182(a)(3)(B).

## PURPOSES AND OBJECTS OF THE CONSPIRACY

3. It was the purpose and object of the conspiracy for the defendant and his co-conspirators to support the jihad of ISIS, by providing material support and resources, including but not limited to, personnel to ISIS for the purpose of establishing a strict Islamic state (Caliphate) under Sharia law within Syria and Iraq.

## MANNER AND MEANS OF THE CONSPIRACY

4. The manner and means by which the defendant and his co-conspirators sought to accomplish the purposes and objects of the conspiracy included, among others, the following:

a. Members of the conspiracy would and did solicit, raise, and donate, and attempt to solicit, raise, and donate, monies to support, train, and equip the mujahideen affiliated with ISIS for the purpose of fighting jihad and establishing a Caliphate within Syria and Iraq.

b. Members of the conspiracy would and did transfer monies to each other and to those believed to support the mujahideen affiliated with ISIS for the purpose of fighting jihad and establishing and maintaining a Caliphate.

c. Members of the conspiracy would and did recruit and train individuals to join the mujahideen affiliated with ISIS for the purpose of fighting jihad and establishing and maintaining a Caliphate.

d.      Members of the conspiracy would and did become recruits for ISIS for the purpose of fighting jihad and establishing and maintaining a Caliphate.

e.      Members of the conspiracy would and did perform different roles, including fighter, supplier of logistical materials, and provider of financial services within ISIS for the purpose of fighting jihad and establishing and maintaining a Caliphate.

## OVERT ACTS

In furtherance of the conspiracy and to effect its purpose and object, at least one of the co-conspirators committed, or caused to be committed, at least one of the following overt acts:

1.      Between in or around September and November 2015, **JIHAD MOHAMMED ALI** attended ISIS religious and military training in Tabqa, Syria

2.      Between in or around September and November 2015, after he completed ISIS religious and military training, **JIHAD MOHAMMED ALI** joined the Anwar al-Awlaki katibah or battalion.

3.      In or around the summer of 2018, in Shamiyah, Syria, **JIHAD MOHAMMED ALI** conducted a mission on behalf of ISIS to retrieve a suitcase containing laptops and supplies left inside a house.

4.      In or around the summer of 2018, while departing from Shamiyah, Syria with the suitcase, **JIHAD MOHAMMED ALI** fired his AK-47 assault rifle at ground forces attacking ISIS from a street outside of the house.

5.      In or around 2018, in Gharanij, Syria, **JIHAD MOHAMMED ALI** fired his weapon on behalf of ISIS against U.S.-led coalition forces and against a local tribe that opposed ISIS.

6.     In or around 2018, in Gharanij, Syria, **JIHAD MOHAMMED ALI** fired his weapon in the air at a U.S. coalition force A-10 aircraft.

7.     In or around 2018, while in Gharanij, Syria, **JIHAD MOHAMMED ALI** became an Idari (manager) of supplies for an ISIS battalion after he was appointed by the battalion's Emir (leader).

8.     Between November 30, 2018, and on or about March 17, 2019, while in Baghuz, Syria, the last ISIS stronghold before ISIS's defeat in Syria, **JIHAD MOHAMMED ALI**, fought on behalf of ISIS, firing his weapon against U.S.-led coalition forces.

All in violation of Title 18, United States Code, Sections 371 and 2339B(a)(1).

## FORFEITURE ALLEGATIONS

1.     The allegations contained in Count 1 of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures of property, in which the Defendant has an interest, to the United States.

2.     The violations of Title 18, United States Code, Sections 371 and 2339B(a)(1), alleged in Count 1 of this Information are Federal crimes of terrorism, as defined in Title 18, United States Code, Section 2332b(g)(5), against the United States, citizens and residents of the United States, and their property.

3.     Upon conviction of the offense in violation of Title 18, United States Code, Section 2339B(a)(1), alleged in Count 1 of this Information, the Defendant shall forfeit to the United States all right, title, and interest in all property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 2339B(a)(1), or a conspiracy to commit such an offense, and all assets, foreign or domestic:

      a.     of any individual, entity, or organization engaged in planning or perpetrating any Federal crime of terrorism against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization;

      b.     acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism against the United States, citizens or residents of the United States, or their property;

      c.     derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism against the United States, citizens or residents of the United States, or their property; or

      d.     of any individual, entity, or organization engaged in planning or perpetrating any act of international terrorism against any international organization or against any foreign Government.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 981(a)(1)(G), and the procedures set forth in Title 21, United States Code, Section 853, made applicable through Title 28, United States Code, Section 2461(c).


_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


_____
JONATHAN D. STRATTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO._____

JIHAD MOHAMMED ALI, a/k/a, "Abu Dujanah

**CERTIFICATE OF TRIAL ATTORNEY***

_____Defendant._____/

**Superseding Case Information:**

Court Division: (Select One)

| | | | |
|---|---|---|---|
| ✓ | Miami | ___ | Key West |
| ___ | FTL | ___ | WPB ___ FTP |

New defendant(s)          Yes ____   No ____
Number of new defendants  ____
Total number of counts    ____

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)     No
    List language and/or dialect     _____

4.  This case will take   0   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

    | | | |
    |---|---|---|
    | I | 0 to 5 days | ✓ |
    | II | 6 to 10 days | _____ |
    | III | 11 to 20 days | _____ |
    | IV | 21 to 60 days | _____ |
    | V | 61 days and over | _____ |

    (Check only one)

    | | |
    |---|---|
    | Petty | _____ |
    | Minor | _____ |
    | Misdem. | _____ |
    | Felony | ✓ |

6.  Has this case previously been filed in this District Court?     (Yes or No)     No
    If yes: Judge _____     Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No)     Yes
    If yes: Magistrate Case No.     19-mi-03950-Torres
    Related miscellaneous numbers:     _____
    Defendant(s) in federal custody as of     _____
    Defendant(s) in state custody as of     _____
    Rule 20 from the District of     _____

    Is this a potential death penalty case? (Yes or No)     No

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes ____     No ✓

8.  Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     Yes ____     No ✓

JONATHAN D. STRATTON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 93075

*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **JIHAD MOHAMMED ALI, a/k/a "Abu Dujanah"**

**Case No:**

Count: 1

Conspiring to Provide Material Support to a Foreign Terrorist Organization

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   19-MJ-03950-EGT |
| **JIHAD MUHAMMAD ALI** | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

      I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

      After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:  **02/22/2021**

                                    **/S/   JIHAD MUHAMMAD ALI**
                                            *Defendant's signature*

                                        **/S/   Michael Hursey**
                                      *Signature of defendant's attorney*

                                        **MICHAEL HURSEY**
                                      *Printed name of defendant's attorney*

                                        *Judge's signature*

                                        *Judge's printed name and title*