AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**JIHAD MUHAMMAD ALI**<br><br>*Defendant* | )<br>) Case No.<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __02/22/2021__

/S/  JIHAD MUHAMMAD ALI
*Defendant's signature*

/S/  Michael Hursey
*Signature of defendant's attorney*

MICHAEL HURSEY
*Printed name of defendant's attorney*

*Judge's signature*

LISETTE M. ZEID
*Judge's printed name and title*