UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20109-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JIHAD MUHAMMED ALI,

    Defendant.
_____/

**ORDER N0TIFYING CANCELLATION OF JUDGE KING'S
MAY 24, 2021  TRIAL CALENDAR**

    The undersigned was notified today by the Clerk's Jury Section that only jurors needed for two or three pilot trials will be heard in the Southern District of Florida during the months of May and June.  Jurors for Judge King's regularly-scheduled, two-week calendars for May 10, 2021, May 24, 2021, June 7, 2021 and June 21, 2021 will all need to be postponed and rescheduled for two-week periods until after the Clerk's Office resumes summonsing jurors to conduct civil and criminal trials. Regrettably, counsel will have to notify their clients that without jury pools being summoned, there can be no jury trials for at least the dates specified above. This notice is being sent to all counsel by the undersigned's courtroom deputy whose cases are on each of these calendars that are scheduled as jury trials, civil and criminal.  It is therefore,

    ORDERED, ADJUDGED and DECREED that the successive two-week trial calendars be, and the same are hereby canceled to be rescheduled by the Court at such time as the Southern District of Florida recommences summonsing jurors for jury service.  The Court does not know exact future dates that the cases will be rescheduled for trial calendars, at this point, since it

depends upon the Chief Judge and the Court arranging for juror summonses to be issued in the usual practice of conducting civil and criminal jury trials.    Therefore, it is

ORDERED and ADJUDGED that the above-styled cause currently set for **trial** on the two-week trial calendar commencing **May 24, 2021**, at **9:00 a.m.** is hereby **CANCELED** until further order of the Court.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 1st day of April, 2021.

```
                                   _____
                                   JAMES LAWRENCE KING
                                   UNITED STATES DISTRICT JUDGE
                                   SOUTHERN DISTRICT OF FLORIDA
```

cc:

All Counsel of Record