UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-MJ-03950-EGT

UNITED STATES OF AMERICA

vs.

JIHAD MUHAMMAD ALI,
a/k/a "Abu Dujanah,"
    Defendant.
_____/

## DEFENDANT JIHAD ALI'S OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT ("PSI")

NOW COMES Defendant Jihad Ali, by and through his undersigned counsel, and states:

1. After reviewing his PSI with counsel, Mr. Ali wishes to note he has no *Objections* to the PSI. This is due in large part to the fact that Mr. Ali is so young now, and has little to no history of the items usually detailed in the PSI.

2. For the convenience of the Court, certain comments about his prior life's experience will be referred to in his upcoming *Sentencing Memorandum*. The *Sentencing Memorandum* will make several references to the PSI, which will corroborate facts crucial to this Court's sentencing decision.

1

WHEREFORE, Defendant Jihad Ali prays this Court will note he has no *Objections* to the PSI.

>Respectfully submitted,
>s/Michael Hursey_____
>MICHAEL HURSEY, P.A.
>Florida Bar No. 457698
>Attorney for Defendant Jihad Ali
>5220 S. University Dr., Suite C-110
>Ft. Lauderdale, FL 33328
>Phone: (954) 252-7458
>Fax: (954) 252-3353
>Email: mhpalaw@bellsouth.net

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** the foregoing has been furnished via CM/ECF this 20th day of June, 2021.

>s/Michael Hursey_____
>MICHAEL HURSEY, P.A.