UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20109-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                               **ORDER RE: ZOOM GOV MEETING**

JIHAD MUHAMMAD ALI,                  **INFORMATION FOR**
                                           **SENTENCING HEARING**

    Defendant.
_____/

THIS MATTER comes before the Court sua sponte. The Zoom Gov Meeting Information is as follows:

Join ZoomGov Meeting
https://www.zoomgov.com/j/1608511991?pwd=STA4MzArMGJoMkl4a3dIV1lYUzl2dz09

Meeting ID: 160 851 1991
Passcode: 370499
One tap mobile
+16692545252,,1608511991#,,,,*370499# US (San Jose)
+16468287666,,1608511991#,,,,*370499# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 669 216 1590 US (San Jose)
    +1 551 285 1373 US
Meeting ID: 160 851 1991
Passcode: 370499
Find your local number: https://www.zoomgov.com/u/ab4h1rAl5m

Join by SIP
1608511991@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 851 1991
Passcode: 370499

Join by Skype for Business
https://www.zoomgov.com/skype/1608511991

for the Sentencing hearing on **Thursday, July 15, 2021 at 10:00 a.m.** in the Miami Division of Court via Zoom Gov Meeting

    DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 23rd day of June, 2021.

                                                              _____
                                                               JAMES LAWRENCE KING
                                                               UNITED STATES DISTRICT JUDGE
                                                               SOUTHERN DISTRICT OF FLORIDA

cc:

**<u>Counsel for Plaintiff</u>**

Jonathan Douglas Stratton
United States Attorney's Office
Southern District of Florida
99 NE 4th Street, 6th Floor
Miami, FL 33132
305-961-9151
Email: jonathan.stratton@usdoj.gov

**<u>Counsel for Defendant</u>**

**R. Michael Hursey**
Michael Hursey PA
5220 S. University Drive
Suite C-110
Fort Lauderdale, FL 33328

954-252-7458

Fax: 252-3353

Email: mhpalaw@bellsouth.net

U.S. Marshal

Pretrial Services