UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20109-CR-KING

UNITED STATES OF AMERICA

vs.

JIHAD MUHAMMAD ALI,
a/k/a "Abu Dujanah,"
    Defendant.
_____/

**DEFENDANT JIHAD ALI'S 2nd OBJECTIONS
TO THE PRE-SENTENCE INVESTIGATION REPORT ("PSI")**

NOW COMES Defendant Jihad Ali ("Ali"), by and through his undersigned counsel, and states:

1. After reviewing his PSI with counsel, Mr. Ali (only 20 years old with 8th grade education) originally noted he had no *Objections* to the PSI (DE 42). However, upon reflection and consultation with his family and adults who are familiar with his situation, he lists the following *Objections*.

2. For the convenience of the Court, his *2nd Objections* are summarized in the chart below (references are to PSI page number, followed by PSI paragraph number):

| PSI Page/paragraph | PSI says | Ali Comment |
|---|---|---|
| 14 / 75 | Did *not* recommend a § 5K2.13 downward departure for "diminished capacity" | Ali qualifies for "diminished capacity" reduction (because of his age, and following the instructions of his Muslim father) |
| 9 / 34 | Did *not* recommend a §3B1.2 "mitigating role" adjustment | Ali qualifies for a 4-level reduction for "minimal participant" in overall ISIS conspiracy |
| 12 / 56<br><br>15 / 76 | Ali advised he is amenable to mental health treatment.<br><br>The defendant shall participate in an approved inpatient/outpatient mental health treatment program. | Ali is amenable to *religious* counseling (through his Muslim family's Imaam – the male prayer leader in a mosque, the only individual qualified in Islamic religion to administer mental health treatment); Ali's *not* consenting to participate in mental health treatment administered by American Psychiatric Association-licensed or approved individuals in America |
| 14 / 75 | did not mention §5C1.2 "safety valve" reduction | Ali qualifies for the §5C1.2 "safety valve" |

WHEREFORE, Defendant Jihad Ali prays this Court will grant his *2nd Objections to the Pre-sentence Investigation Report ("PSI")*.

Respectfully submitted,
s/Michael Hursey
MICHAEL HURSEY, P.A.
Florida Bar No. 457698
Attorney for Defendant Jihad Ali
5220 S. University Dr., Suite C-110
Ft. Lauderdale, FL 33328
Phone: (954) 252-7458
Fax: (954) 252-3353
Email:  mhpalaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the foregoing has been furnished via CM/ECF this 11th day of July, 2021.

s/Michael Hursey
MICHAEL HURSEY, P.A.
