FILED BY ___ D.C.
AUG 17 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

21-20109 CRJLK

Dear Honorable Judge King,

My name is Jihad Ali. I, grew up in Trinidad. I, was young when my Parent's Filed for divorce. I, unfortunately grew up and was deprived of being raised by both Parent where's it affected me because they both fought over who was goin to raise me. So my Grand Mother took it upon herself to intervene and took me in which at that time she was I believe 80 years of age. I, remember helping her out everyday by doing chores all around her house because she was a Old Woman. I, at times would message her Feet because her Feet would swell I believe because of diabetics.

At the age of 14, I left Trinidad and went to Syria. When I reached Syria, as a teenager I had to make Major adjustments because I left a peaceful enviorment residing with my Beloved Grand mother and was put in a drastic situation where I was put right in an enviorment which was actually considered Civil War. I, wasn't any longer living in a home. We were actually told that we have to do whatever we need to do inorder to Survi

While I was there at the age of 17, I was enquired abou so I got married which put more pressure on me at that age becaus I had to find a way to take care of myself, my wife and her two beautiful daughters' which became extremely hard and difficult as a your man to do.

Your Honor, life in Syria during I unfortunately was there was a nightmare. I, left Trinidad residing at least in a home but in Syria we had to do whatever we had to do inorder to survive. Honestly I had no choice but to surrender to the S.D.F. Force (American Backed Forces). I, unfortunately experienced many atrocities where as my Wife was shot by the S.D.F. and they shot one of her daughter's in the head and as a result she died.

Your Honor, shortly after I was arrested and was taken to a US Base, Then later was given over to the S.D.F. and I was detained in S.D.F. jails where as I experienced harsh treatments (i.e.) I was beate starved and Suffercated. I, was put in a cell they called it the "Death Roon

It's description is like a dog cage which it has a door, inside it's dark and cold and I was placed in there. After they closed the door I could not breathe. The Death Room neither had windows or anything.

Your Honor, I was deprived the daily nutrients and the calorie diet where as I was given a slice of bread a little cup of water daily. Then the F.B.I. Agents came and the S.D.F. took me and said go and make your Father look bad and say to the F.B.I. Agents that I fought against them, as I had many fights with them inorder to make the S.D.F. look good and if I didn't say what they commanded me to say they informed me that they would go to great lengths to hurt my Family and make them suffer while they are being detained in the camps. So I had no choice but to say what they ordered me to say which was manipulation. I, only said and made those statements in order to protect my Family and by doing so who would've fathomed things panding out the way they while still up to this present day my Family is being detained in that God forsaken camp which honestly is like compared to the camps the Jewish people were tortured by the German's in World War II seriously.

Your Honor, with all that I honestly shared with you alls I humbly ask through the words that my hands are writing that you will take into consideration the atrocities that I unfortunately experienced as a young teenager which continued up until the time of my arrest which I'm asking that you please have a little kindness in your heart and not look at me as a Terrorist because I unfortunately seen and experienced things that the average child my age would not have.

Your Honor, I'm a young man and unfortunately we all make mistakes. Sir, now I'm a little older and wiser which resulted from reflection, contemplating, throught sincere advice that recieved from others which is a blessing and I'm reaching out for help because I honestly would love to live a normal life again. I've seen so much bad that I want to do good and be good and help people not to make mistakes like me.

Your Honor, I really want to do something good with the remaining of my young life, God willing. For starters, I would love to take care of my beloved Grand Mother who is now 87 young (smile) but she's very sick which she's unable to take care of herself. Please Sir help me to make this happen, God Willing, I sincerely want to spend the last years that she'll be granted to live so she'll be considered the best of her years before she passes away. Thank you for taking out of your time to read these sincere words.

Sincerly Written
Jihad Ali

Jihad Muhammed Ali
#10414-509
FDC Miami Federal Detention Center
P.O. Box 019120
Miami, Fl 33101

MIAMI FL 330
11 AUG 2021 PM 5 L



Honorable Judge King
United States District
Court Southern District of Florida
400 North Miami Ave
Miami, FL. 33101

33101$9999

**USMS INSPECTED**   **RECEIVED**   

AUG 17 2021
12:53 PM