UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20109-CR-KING
(11th Cir. Court of Appeals Case no. 21-13498-H)

**UNITED STATES**,
Plaintiff,

vs.

**JIHAD MOHAMMED ALI,**
    a/k/a, "Abu Dujanah,
Defendant._____/

## MOTION TO APPOINT COUNSEL FOR DIRECT APPEAL

COMES NOW Michael Hursey, P.A., undersigned counsel, and states:

1. This Court previously appointed undersigned counsel to represent Defendant Ali in this case through his guilty plea. Undersigned counsel then per Defendant Ali's request filed the *Notice of Appeal* of his judgment and sentence to the U.S. Court of Appeals for the 11th Circuit [DE 66].

2. However, subsequently Defendant Ali indicated to the undersigned he wants to have this Court appoint different counsel for the direct appeal.

3. Defendant Ali and undersigned counsel have differences of opinion in the direction of said appeal. For this reason, it would be advantageous for this Court to appoint new counsel. The undersigned wants Defendant Ali to have appellate counsel with whom he is comfortable. The undersigned would be glad to confer with new counsel about the case. This would give new counsel the benefit of the

1

undersigned's experience having represented Defendant Ali up to and including the plea and sentencing hearings. The undersigned wishes Defendant Ali success in the instant appeal, and in all his future endeavors.

4. Undersigned counsel did not contact counsel for the government for its position, as this is strictly a 6th Amendment attorney-client issue.

WHEREFORE, Defendant Ali prays this Court will grant his *Motion to Appoint Counsel for Direct Appeal.*

Respectfully submitted,

s/Michael Hursey_____
MICHAEL HURSEY, P.A.
Florida Bar No. 457698
Attorney for Defendant Jihad Ali
5220 S. University Dr., Suite C-110
Ft. Lauderdale, FL 33328
Telephone: (954) 252-7458
Facsimile: (954) 252-3353
Email: mhpalaw@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been furnished to Defendant/Appellant Jihad Muhammad Ali # 10414-509 via U.S. First Class Mail to FDC Miami, Federal Detention Center, P.O. Box 019120, Miami, FL 33101, and was filed via CM/ECF with the Southern District of Florida Clerk of the Court, on October 26, 2021.

s/ Michael Hursey_____
MICHAEL HURSEY, ESQ.